IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-CV-573-FL

| | |
|---|---|
| HUSSEIN ALTAWEEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LONGENT, LLC AND RICKY ANTHONY YOUNGBAR, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Plaintiff, Hussein Altaweel, by and through undersigned counsel and hereby moves for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1. Plaintiff incorporates by reference, pursuant to Fed. R. Civ. P. 10(c), his contemporaneously filed Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Local Civil Rule 56.1 Statement of Material Facts. The uncontested evidence in this matter shows that there are no remaining issues of material fact as to Defendant Longent's liability for failing to provide a reasonable accommodation for Plaintiff's religious beliefs.

Plaintiff therefore requests the Court enter an Order granting his Motion for Partial Summary Judgment as to the issue of liability as to Plaintiff's claim for failure to provide reasonable accommodation of his religion.

1

Respectfully submitted, this the 4th day of June, 2021.

                                         BY:    /s/ Joseph D. Budd
                                                         JOSEPH D. BUDD
                                                         N.C. Bar No. 44263
                                                         MATTHEW R. GAMBALE
                                                         N.C. Bar No. 43359
                                                         OSBORN GAMBALE BECKLEY & BUDD PLLC
                                                         3801 Lake Boone Trail, Suite 400
                                                         Raleigh, North Carolina 27607
                                                         joe@counselcarolina.com
                                                         matt@counselcarolina.com
                                                         T: 919.373.6422
                                                         F: 919.578.3733

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter, as follows:

    Henry W. Sappenfield
    Kennon Craver, PLLC
    4011 University Drive, Suite 300
    P.O. Box 51579
    Durham, NC 27717
    Fax: (919) 490-0873
    *Attorney for Defendants*

This the 4th day of June, 2021.

    BY:  /s/ Joseph D. Budd
            JOSEPH D. BUDD
            N.C. Bar No. 44263
            MATTHEW R. GAMBALE
            N.C. Bar No. 43359
            OSBORN GAMBALE BECKLEY & BUDD PLLC
            3801 Lake Boone Trail, Suite 400
            Raleigh, North Carolina 27607
            joe@counselcarolina.com
            matt@counselcarolina.com
            T: 919.373.6422
            F: 919.578.3733