IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:19-CV-573-FL

| | |
|---|---|
| HUSSEIN ALTAWEEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| LONGENT, LLC and RICKY ANTHONY ) | |
| YOUNGBAR, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on plaintiff's motion for partial summary judgment (DE 38). Upon careful review of the motion and the record in this case, the motion is DENIED. The court will set forth its reasons for this decision in memorandum opinion to follow.

SO ORDERED, this the 30th day of March, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge