UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HUSSEIN ALTAWEEL, <br>     Plaintiff, <br> v. <br> LONGENT, LLC and RICKY ANTHONY YOUNGBAR <br>     Defendants. | **JUDGMENT** <br> No. 5:19-CV-573-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment and plaintiff's motion to strike.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 9, 2022, and for the reasons set forth more specifically therein, it is ordered that defendants' motion for summary judgment is GRANTED.

**This judgment Filed and Entered on May 9, 2022, and Copies To:**
Joseph Douglas Budd (via CM/ECF Notice of Electronic Filing)
Henry W. Sappenfield / Michele Livingston (via CM/ECF Notice of Electronic Filing)

May 9, 2022                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk